# Exhibit 1

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
04/13/2021 1:00PM
BY: GHOWELL
DEPUTY

ZACHAR LAW FIRM, P.C.
PO Box 47640
Phoenix, Arizona 85020
(602) 494-4800
David J. Catanese   (012083)
DCatanese@zacharlaw.com
*Attorneys for Plaintiff*

Case No.: S8015CV202100373
HON. KENNETH GREGORY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| JACKLYN GELSONE, an adult individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAVE COUNTY, a government entity; MOHAVE COUNTY SHERIFF, a government entity,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>(Wrongful Death)<br><br>Tier 3<br><br>**JURY TRIAL REQUESTED** |

Plaintiff alleges as follows:

1. Plaintiff Jacklyn Gelsone is the surviving natural daughter of Decedent Sara Kaminski and brings this wrongful death action on behalf of herself and statutory beneficiaries Jessica Kaminski (natural daughter of Decedent Sara Kaminski and Nancy Roberts (natural mother of Decedent Sara Kaminski) pursuant to A.R.S. §12-611 *et. seq.*

2. At all times material hereto, Plaintiff was a resident of the State of Texas.

-1-

3. Defendants Mohave County and Defendant Mohave County Sheriff are government entities.

4. All acts which give rise to this Complaint occurred in the State of Arizona.

5. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

6. The amount of Plaintiff's damages qualifies this matter as a Tier 3 case in accordance with ARCP 8(b)(2).

7. At all times and material hereto, Mohave County Sheriff's Officers, as well its agents, employees, and others under its control and supervision, were acting within the scope of their employment and/or agency with the Mohave County Sheriff's Office and/or Mohave County.

8. On August 26, 2020 at approximately 4:30 pm, Mohave County Sheriff Officers arrested Sara Kaminski at her home where she lived with her mother, Nancy Roberts, and her teenage daughter, Jessica Kaminski.

9. At the time of her arrest, Mohave County Sheriff's Officers were advised by Sara's mother that Sara suffered from seizures due to a stroke just months before and offered to give them Sara's anti-seizure and anti-depressant medication. The Officers refused and advised Sara's mother that they had medication at the jail.

10. Sara Kaminski was taken by Mohave County Sheriff Officers to the Mohave County Adult Detention Center (MCADC).

11. The following day on August 27, 2020, as early as 6:10 am Sara Kaminski requested medical attention and advised that she felt like she was having a stroke. It is believed that medical staff witnessed Sara falling off a bench in a controlled manner and stiffen up her arms. She was moved to the MCADC medical unit for closer observation.

12. Four (4) hours later, Sara was found unresponsive and not breathing. She passed away.

13. At all times material hereto, Defendants Mohave County and the Mohave County Sheriff personnel had a duty to provide safe and reasonable supervision and care, including medical care, to Decedent Sara Kaminski.

14. At all times material hereto, Defendants Mohave County and the Mohave County Sheriff personnel were negligent in breaching their duty to provide safe and reasonable supervision and care, including medical care, to Decedent Sara Kaminski.

15. The negligence of the Defendants Mohave County and the Mohave County Sheriff personnel rose to the level of gross negligence.

16. As a direct and proximate result of the negligence and gross negligence alleged herein, Sara Kaminski's life was taken from her.

17. As a direct and proximate result of the negligence and gross negligence alleged herein, Plaintiff and the other statutory beneficiaries have lost the love, affection, companionship, protection and guidance of Sara Kaminski, all of which will continue into the future.

18. As a direct and proximate result of the negligence and gross negligence alleged herein, Plaintiff and the other statutory beneficiaries have suffered pain, grief, sorrow, anguish, stress, shock, and mental suffering as a result of the loss of Decedent Sara Kaminski, all of which will continue into the future.

19. As a direct and proximate result of the negligence and gross negligence alleged herein, Plaintiff and the other statutory beneficiaries have incurred funeral and burial expenses.

20. Plaintiff exercises her right to a jury trial.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for such a sum of money within the jurisdiction of the Court and for full and complete compensation, for general and special damages, for the losses that they have sustained in this matter, and for such other and further relief as the Court or jury deems just and proper.

DATED this 13th day of April, 2021.

**ZACHAR LAW FIRM, PC**

/s/ David J. Catanese
David J. Catanese
*Attorney for Plaintiff*

-4-

# Exhibit 2



# ZACHAR LAW FIRM, P.C.

Personal Injury and Wrongful Death Law

Established in 1996

Christopher J. Zachar, Esq.*
David J. Catanese, Esq.*
Ben Jemsek, Esq.

Suzie Zachar Irwin, Esq.
Joseph Brown, Esq.
◊ Kathryn Leonard, Esq.

* Certified Specialist in Injury/Wrongful Death Law
dcatanese@zacharlaw.com
mturner@zacharlaw.com  Marci L. Turner, Paralegal to David J. Catanese
elee@zacharlaw.com  Evangeline Lee, Legal Assistant to David J. Catanese

◊ Also licensed in Illinois, New Mexico and Utah

January 17, 2021

***Via Service of Process***
Mohave County
Mohave County Sheriff Doug Schuster

Re: *A.R.S. §12-841.01 et. seq. Notice of Claim on Behalf of Jacklyn Gelsone and Nancy Roberts, individually and on behalf of Jessica Kaminski, a minor*
Date of Loss: August 27, 2020

Dear Sir/Madam:

Please be advised that I represent Jacklyn Gelsone and Nancy Roberts, individually and on behalf of Jessica Kaminski, a minor, in connection with the wrongful death of Sara Kaminski, mother of Jacklyn Gelsone and Jessica Kaminski and daughter of Nancy Roberts, that occurred on August 27, 2020 while Sara was in the custody of the Mohave County and Mohave County Sheriff Doug Schuster. Pursuant to A.R.S. §12-841.01 et. seq. and all related notice of claim statutes, we hereby provide Notice of Claims against Mohave County and Mohave County Sheriff Doug Schuster for the wrongful death of Sara Kaminski.

On August 26, 2020 at approximately 4:30 pm Mohave County Sheriff Officers arrested Sara Kaminski at her home where she lived with her mother, Nancy Roberts, and her teenage daughter, Jessica Kaminski. At the time of her arrest, Mohave County Sheriff's Officers were advised by Sara's mother that Sara suffered from seizures due to a stroke just months before and offered to give them Sara's anti-seizure and anti-depressant medication. The Officers refused and advised Sara's mother that they had medication at the jail.

Sara Kaminski was taken by Mohave County Sheriff Officers to the Mohave County Adult Detention Center (MCADC). The following day on August 27, 2020, as early as 6:10 am Sara Kaminski requested medical attention and advised that she felt like she was having a stroke. It is believed that medical staff witnessed Sara falling off a bench in a controlled manner and stiffen up her arms. She was moved to the MCADC medical unit for closer observation. Four (4) hours later, Sara was found unresponsive and not breathing. She passed away.

714 East Rose Lane ♦ Phoenix, Arizona 85014
Phone: (602) 494-4800 Fax: (602) 494-3320
www.ZacharLawFirm.com
Additional offices in Mesa, Downtown Phoenix, Glendale and Surprise

*Via Service of Process*
Mohave County
Mohave County Sheriff Doug Schuster
January 17, 2021
Page 2

    Mohave County and Mohave County Sheriff Schuster and his Officers failed to provide proper care, supervision and medical attention to Sara Kaminski and there failures resulted in her death.

    As a direct and proximate result of the acts and omissions of Mohave County and Mohave County Sheriff Schuster, claimants have each suffered tremendous and unfathomable grief and heartbreak and have lost the love, care, support and companionship of Sara Kaminski.

    Jacklyn Gelsone's claims can be settled for the sum certain of $2,500,000 (Two Million Five Hundred Dollars).

    Nancy Roberts' individual claims can be settled for the sum certain of $2,500,000 (Two Million Five Hundred Dollars).

    Nancy Roberts' claims on behalf of Jessica Kaminski, a minor, can be settled for the sum certain of $2,500,000 (Two Million Five Hundred Dollars).

    In the event you are in need of any other information or determine that this Notice of Claim is deficient in any way, please contact me immediately. Otherwise, I will assume that you have sufficient information to make a determination as to accepting or rejecting these claims and have no objection that this Notice of Claim meets the requirements of A.R.S. §12-841.01. I look forward to your prompt response.

Respectfully,

David J. Catanese
*For The Firm*

DJC/mlt

714 East Rose Lane ♦ Phoenix, Arizona 85014
Phone: (602) 494-4800 Fax: (602) 494-3320
www.ZacharLawFirm.com
Additional offices in Mesa, Downtown Phoenix, Glendale and Surprise

# Exhibit 3

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
04/13/2021 1:00PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202100373
HON. KENNETH GREGORY

Person/Attorney Filing: David J Catanese
Mailing Address: P. O. Box 47640
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800
E-Mail Address: dcatanese@zacharlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012083, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MOHAVE

Jacklyn Gelsone
Plaintiff(s),

v.

Mohave County, et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Mohave County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: David J Catanese /s/
Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: David J Catanese
Mailing Address: P. O. Box 47640
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800
E-Mail Address: dcatanese@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012083, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

Jacklyn Gelsone
Plaintiff(s),
v.
Mohave County, et al.
Defendant(s).

Case No.   S8015CV202100373

**SUMMONS**

To: Mohave County

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St, Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MOHAVE

SIGNED AND SEALED this date: *April 13, 2021*

*VIRLYNN TINNELL*
Clerk of Superior Court

By: *GHOWELL*
Deputy Clerk



AZturboCourt.gov Form Set #5611257

2

Person/Attorney Filing: David J Catanese
Mailing Address: P. O. Box 47640
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800
E-Mail Address: dcatanese@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012083, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE

Jacklyn Gelsone
Plaintiff(s),
v.
Mohave County, et al.
Defendant(s).

Case No.   S8015CV202100373

**SUMMONS**

To: Mohave County Sheriff

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St, Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MOHAVE

SIGNED AND SEALED this date: *April 13, 2021*

*VIRLYNN TINNELL*
Clerk of Superior Court

By: *GHOWELL*
Deputy Clerk



# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MOHAVE

DATE: APRIL 29, 2021

S8015CV202100373

## NOTICE RE: MOHAVE COUNTY ADMINISTRATIVE ORDER 2019-04

Plaintiff/Petitioner is hereby notified that service of the Summons and Complaint must be made upon all Defendants or adverse parties within ninety (90) days after the Complaint or Petition is filed or the case SHALL be dismissed without prejudice as to parties not timely served in accordance with Rule 4(i), Arizona Rules of Civil Procedure.

cc:

Plaintiff

# Exhibit 4

Daniel P. Struck, Bar No. 012377
Ashlee B. Hesman, Bar No. 028874
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com

*Attorneys for Defendants Mohave County and Mohave County Sheriff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| Jacklyn Gelsone,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Mohave County, a government entity;<br>Mohave County Sheriff, a government entity,<br><br>　　　　　　　　　Defendants. | No. S-8015-CV-202100373<br><br>**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441; and LRCiv 3.6, Defendants hereby remove Mohave County Superior Court Case No. S-8015-CV-202100373, from the Superior Court of the State of Arizona, County of Mohave to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

DATED this 14th day of July, 2021.

　　　　　　　　　　　　　　　　STRUCK LOVE BOJANOWSKI & ACEDO, PLC

　　　　　　　　　　　　　　　　By /s/ Ashlee B. Hesman
　　　　　　　　　　　　　　　　　　Daniel P. Struck
　　　　　　　　　　　　　　　　　　Ashlee B. Hesman
　　　　　　　　　　　　　　　　　　3100 West Ray Road, Suite 300
　　　　　　　　　　　　　　　　　　Chandler, Arizona 85226

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Mohave County and Mohave County Sheriff*

1  **ORIGINAL** of the foregoing efiled
   via AZTurboCourt this 14th day of July, 2021.
2
   On this same date, a true COPY of the foregoing
3  was served via AZTurboCourt (per Arizona
   Supreme Court Administrative Order 2014-23) on:
4
   David J. Catanese
5  PO Box 47640
   Phoenix, AZ 85020
6  dcatanese@zacharlaw.com

7  *Attorney for Plaintiff*

8
   By: /s/ Tamela S. Gation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **To:** | Tammy Gation |
| **Subject:** | FW: E-Filing Status: Form Set # 5896756 Delivered and eServed |
| **Date:** | Wednesday, July 14, 2021 12:06:42 PM |

**From:** TurboCourt Customer Service <CustomerService@TurboCourt.com>
**Sent:** Wednesday, July 14, 2021 12:06:36 PM (UTC-07:00) Arizona
**To:** Ashlee B Hesman <hesman@strucklove.com>
**Subject:** E-Filing Status: Form Set # 5896756 Delivered and eServed

PLEASE DO NOT REPLY TO THIS EMAIL.

Thank you for submitting your documents to Mohave County - Superior Court

You will be notified when your documents have been processed by the court.

Here are your filing details:
Case Number: S8015CV202100373 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)

Filed By: Ashlee B Hesman

AZTurboCourt Form Set: #5896756
AOC Submission ID #1630816

Delivery Date and Time: Jul 14, 2021 12:06 PM MST

Forms:


Attached Documents:
Notice: Of Filing: Defendants Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A

Fees Paid:

Total Filing Fees: $0.00
Provider Fee: $0.00
E-Payment Fee: $0.00
Total Amount Paid: $0.00

E-Service notification was sent to the following recipient(s):

David J. Catanese at dcatanese@zacharlaw.com

You MUST log in and check your filing status and the e-Service status of this form set online at http://turbocourt.com/.
If you have questions about your filing, please contact AOC Support Services, phone number

602-452-3519 or 1-800-720-7743, or e-mail pasupport@courts.az.gov.
Please have your AZTurboCourt Form Set # and AOC Submission ID available.